IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHAD BJORK,<br><br>   Plaintiff,<br><br>vs.<br><br>TOM BOLTON (MSP TRAINING), SAM JOVANOVICH (A UNIT MANAGER), PAUL REES, HAROLD STREY,<br><br>   Defendants. | CV 18–107–H–DLC<br><br><br>ORDER |

Defendants have filed a Motion to Compel and for Sanctions. (Doc. 108.) In light of the upcoming trial in this matter set for November 8, 2021,

IT IS ORDERED that Plaintiff shall file a response to Defendants' Motion to Compel and for Sanctions (Doc. 108) by 5:00 p.m. on October 27, 2021.

DATED this 19th day of October, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1