IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHAD ERIC BJORK,<br><br>  Plaintiff,<br><br>vs.<br><br>TOM BOLTON (MSP TRAINING), SAM JOVANOVICH (A UNIT MANAGER), PAUL REES, HAROLD STREY,<br><br>  Defendants. | CV 18–107–H–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff Chad Eric Bjork's Motion to Hold Scheduling Order in Abeyance. (Doc. 119.) The Motion states that counsel for Mr. Bjork will be filing documents to withdraw as his counsel, and "it would be appropriate to hold the Scheduling Order deadlines in abeyance pending Mr. Bjork's retention of new counsel." (*Id.* at 1.) Counsel for Defendants did not state whether they opposed the motion before its filing and, to date, have not filed a response. (*Id.* at 1–2.)

The Motion will be denied, subject to renewal, pending Mr. Bjork's counsel's filing of a motion to withdraw as counsel and necessary supporting documentation in accordance with Local Rule 83.3(b). Should the Court grant the motion to withdraw, the Court agrees that reconsideration or vacatur of the existing

1

Scheduling Order deadlines may be appropriate and will address that issue at that time.

Accordingly, IT IS ORDERED that Plaintiff's Motion to Hold Scheduling Order in Abeyance (Doc. 119) is DENIED, subject to renewal.

DATED this 20th day of December, 2021.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court