IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHAD ERIC BJORK, | CV 18–107–H–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TOM BOLTON (MSP TRAINING), SAM JOVANOVICH (A UNIT MANAGER), PAUL REES, HAROLD STREY, | |
| Defendants. | |

Before the Court is Nathan G. Wagner and Jenna P. Lyons' Motion for Leave to Withdraw as Counsel. (Doc. 123.) The Motion states that Defendants do not object. (*Id.* at 1.) In accordance with Local Rule 83.3(b), the Motion provides Mr. Bjork's last known mailing address and is accompanied by Mr. Bjork's written consent to counsel's withdrawal, which is signed by counsel and acknowledges the client's obligation immediately to retain new counsel or appear *pro se*. (*Id.* at 2; Doc. 123-1.)

Accordingly, IT IS ORDERED that the Motion (Doc. 123) is GRANTED. Mr. Wagner and Ms. Lyons are withdrawn as counsel of record for Mr. Bjork in this matter.

1

IT IS FURTHER ORDERED that the deadlines set forth in the Court's Scheduling Order (Doc. 118) are VACATED, to be reset by future order.

IT IS FURTHER ORDERED that on or before January 24, 2022, the parties shall file a joint status report that (1) advises whether Mr. Bjork intends to retain new counsel or proceed *pro se*, and (2) proposes revised deadlines for a new scheduling order.

The Clerk of Court is directed to serve copies of this Order and Defendants' Motion for Leave to File Excess Pages (Docs. 122, 122-1) on Chad Eric Bjork by mail at his address of record.

DATED this 27th day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court