IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CHAD ERIC BJORK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TOM BOLTON (MSP TRAINING), SAM JOVANOVICH (A UNIT MANAGER), PAUL REES, HAROLD STREY,<br><br>　　　　　Defendants. | CV 18–107–H–DLC<br><br><br><br>ORDER |

　　　Defendants have filed a status report and affidavit indicating that they attempted multiple times to confer with Plaintiff to submit the joint status report required by this Court's order (Doc. 124) but received no response despite attempting to contact him by email, by phone, and by U.S. Mail. (Docs. 125, 125-1.) Plaintiff's failure to comply with the Court's order (Doc. 124)—in particular, his failure to indicate whether he wishes to proceed pro se or requires additional time to hire counsel—leaves the Court in impermissible limbo, unable to issue a new scheduling order or rule on Defendants' pending opposed motion (Doc. 122), for which Plaintiff's response is overdue. Accordingly, the Court is considering dismissal under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

1

The Court directs Plaintiff Chad Eric Bjork to show cause why this case should not be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly, IT IS ORDERED that Plaintiff Chad Eric Bjork shall file a response to this show cause order on or before February 10, 2022.

The Clerk of Court is directed to serve a copy of this Order on Mr. Bjork by mail at his address of record.

DATED this 26th day of January, 2022.

_____
Dana L. Christensen, District Judge
United States District Court